UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RAYMOND SCHAFFER,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES, et al.,<br>　　　　Defendant(s). | Case No. 24-cv-04256-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　This civil action for damages by a committed patient at Napa State Hospital was filed on July 16, 2024.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application.  See 28 U.S.C. § 1915(a)(1).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

　　More than 40 days have passed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

　　The clerk is instructed to close the case and terminate all pending motions as moot.

　　**IT IS SO ORDERED**.

Dated: August 29, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge